No. 99–1255.  Ross v. CAREAMERICA HEALTH PLANS, INC. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–1278.  JUNTUNEN v. WAGNER ET AL. (two judgments). Ct. App. Ohio, Trumbull County.  Certiorari denied.

No. 99–1284.  HUERTA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–1288.  OWENS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–1301.  JAFFE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1308.  FREGA v. UNITED STATES; and
No. 99–8023.  MALKUS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 179 F. 3d 793.

No. 99–1310.  HAMMER v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 99–6240.  FLORES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–6511.  LAGES v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 99–6807.  HUERTA · v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–6814.  OSBURN v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 6th Cir.  Certiorari denied.

No. 99–7182.  YBARRA v. MCDANIEL, WARDEN.  Sup. Ct. Nev. Certiorari denied.

No. 99–7220.  VALLIMONT v. EASTMAN KODAK CO.  C. A. 2d Cir.  Certiorari denied.

No. 99–7347.  MALCOLM v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 99–7510.  ROBINSON v. NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C.  Certiorari denied.